In the Matter of the Accounting of PAUL SIEGELACK, as Executor of SOPHIE SIEGELACK, Deceased, Respondent; HENRY WIGAND et al., Appellants.

Argued September 30, 1940; decided October 18, 1940.

*Louis W. Vyner* for appellants.

*George Foster, Jr.,* and *Arthur H. Priest* for respondent.

Appeal dismissed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.